## ROQUEMORE, ET AL. V. ROQUEMORE.

(Decided May 14, 1908.)

Appeal from Montgomery City Court.

Heard before Hon. A. D. Sayre.

Steiner, Crum & Weil, and C. H. Roquemore, for appellant. Rushton & Coleman, for appellee.

Per curiam. Appeal dismissed.

---

## SCROGGINS V. THE STATE.

(Decided June 30, 1908.)

Appeal from Jefferson Criminal Court.

Heard before Hon. S. L. Weaver.

No counsel marked for appellant. Alexander M. Garber, Attorney General, for the State.

Dowdell, J. No error appearing, the cause is affirmed.

Tyson, C. J., Anderson and McClellan, JJ., concur.